UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

BIOGENIC, INC., *et al.*,

    Defendants.
_____/

Case No. 21-cv-12236
Hon. Matthew F. Leitman

## ORDER EXPANDING STAY

On April 25, 2023, the Court entered an order staying discovery in this action pending the completion of a related criminal investigation. (*See* Order, ECF No. 26.) On June 9, 2023, the Court held a status conference with counsel to discuss whether to expand the stay to all proceedings in this case. For the reasons explained on the record during that conference, **IT IS HEREBY ORDERED** that all proceedings are **STAYED** until December 9, 2023. The Court will convene a status conference with counsel shortly before the expiration of the stay to discuss next steps in this action.

    **IT IS SO ORDERED.**

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: June 12, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
