UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

v.

BIOGENIC, INC., *et al.*,

              Defendants.

Case No. 21-cv-12236
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO COMPEL (ECF No. 83) AND (2) DENYING DEFENDANT GARY YOUSSEF'S PENDING MOTIONS (ECF Nos. 73, 77, 79, 80, AND 81)

In this action, Plaintiff United States Securities and Exchange Commission (the "SEC") alleged that the Defendants committed securities fraud. (*See* Compl., ECF No. 1.)  In September 2021, the SEC reached a settlement with Defendant Gary Youssef, and it filed a motion asking the Court to approve a consent judgment as to liability against Youssef. (*See* Mot., ECF No. 2.)  It attached to that a motion a signed and notarized consent that Youssef had executed. (*See* Youssef Consent, ECF No. 2-4.)  Based on the parties' agreement, the Court entered a judgment against Youssef as to liability on September 30, 2021. (*See* Consent Judgment, ECF No. 8.)  It later entered a final monetary judgment against Youseff on February 20, 2025. (*See* Final Judgment, ECF No. 71.)

1

Several motions are now pending before the Court.  First, Youssef has filed the following five motions:

- Two motions to stay post-judgment discovery (ECF Nos. 73, 77);

- A motion to strike "immaterial and inflammatory allegations" from the SEC's response to his motion to stay discovery (ECF No. 79);

- A motion to re-open the time to file a notice of appeal (ECF No. 80); and

- A motion for protective order (ECF No. 81).

The Court has carefully reviewed Youssef's motions, and it concludes that he is not entitled to any relief.  As explained above, nearly five years ago, Youssef entered into a consent judgment to resolve the claims brought against him.  Then, after the Court issued a final monetary judgment against him in February 2025, Youssef chose not to appeal that judgment.  While Youssef may now be having second thoughts about his decisions in this case, he has not identified any basis to provide him any relief from either the consent judgment that the Court entered back in 2021 or the final judgment that the Court entered in February 2025.  The Court is therefore not persuaded that there is any reason to re-open the time to file an appeal or to stay post-judgment discovery.  All of Youssef's motions are therefore **DENIED**.

Finally, the SEC has filed a motion to compel Youssef to respond to certain post-judgment discovery that it has served on him. (*See* Mot., ECF No. 83.)  For the reasons explained in the SEC's motion, the motion is **GRANTED**.  Youssef shall respond to the SEC's discovery requests by no later than **July 31, 2026**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 10, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3